UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIAGGIO GROUP AMERICAS, INC.,
                                    Plaintiff,

                     -v-

MACH 1 GLOBAL SERVICES INC.,
                                  Defendant.

21-CV-9926 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on November 24, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 22, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 10, 2021.

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                    J. PAUL OETKEN
                                                United States District Judge